# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**SHEILA MORY**                                                                                    **PLAINTIFF**

**vs.**                                        **CASE NO.   4:05-CV-01669 GTE**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED THIS 28th day of March, 2007.

                                                  /s/Garnett Thomas Eisele
                                                 UNITED STATES DISTRICT JUDGE